[See Case No. 4,408.]

## Case No. 4,388.

ELLIOT v. HAYMAN.

[2 Cranch, C. C. 678.][1]

Circuit Court, District of Columbia. **May** Term, 1826.

[1] [Reported by Hon. William Cranch, Chief Judge.]

[1] [Reported by Hon. William Cranch, Chief Judge.]

THE COURT (CRANCH, Chief Judge, contra), overruled the objection, being of opinion that the certificate of the magistrate was sufficient evidence of that fact. The defendant then offered to examine persons skilled in the comparison of handwriting, to prove that the body of the certificate of the magistrate was not in his handwriting.

But THE COURT (nem. con.) refused to permit them to be examined.